D. James Pak (194331)
Baker & McKenzie LLP
Two Embarcadero Center, 11th Floor
San Francisco, CA 94111
Telephone: +1 415 592-3209

## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIAMOND COATING TECHNOLOGIES, LLC, <br><br> PLAINTIFF(S) <br> v. <br> HYUNDAI MOTOR AMERICA, HYUNDAI MOTOR COMPANY, et al. <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> 8:13-CV-01480 MRP (DFMx) <br><br> **NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

1) DEFENDANTS' EX PARTE APPLICATION TO FILE UNDER SEAL REPLY MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FOR LACK OF STANDING;
2) [PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO FILE UNDER SEAL REPLY MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FOR LACK OF STANDING.

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Per Court order dated: _____
☐ Administrative Record
☐ Other:

| | |
|---|---|
| March 11, 2015 | /s/ Daniel A. Tallitsch |
| Date | Attorney Name |
| | HYUNDAI MOTOR AMERICA, et al. |
| | Party Represented |

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*