Notice of Appeal to the United States Court of Appeals for the Federal Circuit from a Judgment or Order of a UNITED STATES DISTRICT COURT

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| DIAMOND COATING TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>HYUNDAI MOTOR AMERICA; HYUNDAI MOTOR COMPANY; KIA MOTORS AMERICA, INC.; AND KIA MOTORS CORPORATION.<br><br>    Defendants. | Case No. 8:13-cv-01480 GHK (DFMx)<br><br>NOTICE OF APPEAL |

Notice is hereby given that Plaintiff Diamond Coating Technologies, LLC hereby appeals to the United States Court of Appeals for the Federal Circuit from the Order re Defendants' Motion to Dismiss for Lack of Standing entered in this action on April 4, 2015 (Doc. No. 121), Order Re: Motion to Dismiss and Motion for Reconsideration, entered in this action on April 16, 2015 (Doc. No. 125), and the Order Denying Plaintiff's Motion for Reconsideration entered in this action on June 19, 2015 (Doc. No. 152).

Dated July 14, 2015:

By: /s/ *Marc M. Seltzer*
Marc M. Seltzer

Attorneys for Plaintiff Diamond Coating Technologies, LLC.

MARC M. SELTZER (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of The Stars
Suite 950
Los Angeles, California, 90067

3766810v1/013643