E-FILED- 9/11/15

| | |
|---|---|
| Marc M. Seltzer (54534)<br>Kathryn P. Hoek (219247)<br>Oleg Elkhunovich (269238)<br>SUSMAN GODFREY L.L.P.<br>1901 Avenue of the Stars, Suite 950<br>Los Angeles, California 90067-6029<br>Telephone: (310) 789-3100<br>Facsimile: (310) 789-3150<br>khoek@susmangodfrey.com<br>oelkhunovich@susmangodfrey.com | Joseph S. Grinstein (*pro hac vice*)<br>Colin Watterson (*pro hac vice*)<br>Shawn Blackburn (*pro hac vice*)<br>SUSMAN Godfrey L.L.P.<br>1000 Louisiana, Suite 5100<br>Houston, Texas 7702-5096<br>Telephone: (713) 651-9366<br>Facsimile: (713) 654-6666<br>jgrinstein@susmangodfrey.com<br>sblackburn@susmangodfrey.com |

Attorneys for Plaintiff Diamond Coating Technologies, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DIAMOND COATING TECHNOLOGIES, LLC,<br><br>          Plaintiff,<br><br>vs.<br><br>HYUNDAI MOTOR AMERICA; HYUNDAI MOTOR COMPANY; KIA MOTORS AMERICA, INC.; AND KIA MOTORS CORPORATION.<br><br>          Defendants. | Case No. 8:13-cv-01480-GHK (DFMx) |
| DIAMOND COATING TECHNOLOGIES, LLC,<br><br>          Plaintiff,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC., AND NISSAN MOTOR CO., LTD<br><br>          Defendants, and<br>          Third-Party Plaintiffs, and<br><br>FEDERAL-MOGUL CORP., AND KS KOLBENSCHMIDT US, INC.,<br><br>Third-Party Defendants. | Case No. 8:13-cv-01481-GHK (DFMx)<br><br>**[PROPOSED] ORDER TO UNSEAL EXHIBIT A TO DECLARATION OF COLIN WATTERSON IN SUPPORT OF PLAINTIFFS' MOTION FOR RECONSIDERATION OF OR RELIEF FROM ORDERS GRANTING DEFENDANTS' MOTION TO DIMSISS FOR LACK OF PRUDENTIAL STANDING** |

3832333v1/013643                                1

Having considered the parties Joint Stipulation to Unseal Exhibit A to Declaration of Colin Watterson In Support of Plaintiffs' Motion for Reconsideration of or Relief From Orders Granting Defendants' Motion to Dismiss for Lack of Prudential Standing and good cause appearing therefor,

**IT IS HEREBY ORDERED** that Diamond Coating Technologies, LLC shall publicly re-file a copy of Exhibit A to the Declaration of Colin Watterson In Support of Plaintiffs' Motion for Reconsideration of or Relief From Orders Granting Defendants' Motion to Dismiss for Lack of Prudential Standing.

**IT IS SO ORDERED.**

Dated: 9/11/15

_____
Hon. George H. King
United States District Judge