E-Filed — **JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 13-1480 GHK (DFMx)<br>SACV 13-1481 GHK (DFMx) | Date | February 24, 2016 |
| Title | DIAMOND COATING TECHNOLOGIES, LLC  v.  HYUNDAI MOTOR AMERICA, et al<br>DIAMOND COATING TECHNOLOGIES, LLC  v.  NISSAN NORTH AMERICA, INC., et al | | |

**Presiding: The Honorable**   **GEORGE H. KING, CHIEF U. S. DISTRICT JUDGE**

| Beatrice Herrera | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**       **(IN CHAMBERS)**   **ORDER**

In light of the Appeal pending in each of the above-entitled actions, these cases are hereby ordered *administratively closed* pending further order of the Court.

**IT IS SO ORDERED.**

|  | -- | : | -- |
|---|---|---|---|
|  | Initials of Preparer | | Bea |